**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

IN RE:
Michael Douglas Edward McLeod
Jamie Michelle McLeod

DEBTOR(S).

20013 Falcon Ridge
Spring Hill, KS 66083
SSN: xxx-xx-1372
SSN: xxx-xx-1490

CASE NO: 12-23443
CHAPTER 13

**AMENDED CHAPTER 13 PLAN**

COME Now Debtors, Michael Douglas McLeod and Jamie Michelle McLeod, by and through their counsel of record, and amend their Chapter 13 Plan to reflect the following:

1. **PLAN TERMS**:

a. The Debtor's annualized current monthly income is more than the median family income for a Kansas household of applicable size. The Applicable Commitment Period (the time over which the Plan will run) is not less than 3 years, but in any event, not more than 5 years.

b. Plan payments will be in the following amounts:

| | | | | |
|---|---|---|---|---|
| $3100 | for | 58 | months = | $179,800 |
| $ | for | | months = | |
| $ | for | | months = | |

c. Plan payments include the following total amount being paid pursuant to the means test calculation from Official Form 22C: $721.54

d. Plan payments shall be made by:

☒ Employer pay order directed to:

☒ Debtor's Employer

Michael Douglas Edward McLeod

Payment order to this employer shall be in the monthly amount of: $1055.00

Employer name and address:
NPC International
720 W. 20th Street
Pittsburgh, KS 66762

☒ Joint Debtor's Employer

Jamie Michelle McLeod

Payment order to this employer shall be in the monthly amount of: $2,045

Employer name and address:
MCMC LLC
300 Crown Colony Drive, Suite 203
Quincy, MA 02169

Respectfully submitted,

SADER LAW FIRM LLC

By: /s/ *Bradley D. McCormack*
Bradley D. McCormack, KS 21527
2345 Grand Boulevard, Suite 1925
Kansas City, Missouri 64108-2663
816-561-1818
Fax: 816-561-0818
bmccormack@saderlawfirm.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was served upon all appropriate parties electronically by the U.S. Bankruptcy Court's ECF System on this 20th day of February, 2013.

/s/ *Bradley D. McCormack*
Bradley D. McCormack, Attorney

s:\bankruptcy\client forms - active\mcleod, michael and jamie\amended plan 2132013.docx

Label Matrix for local noticing
1083-2
Case 12-23443
District of Kansas
Kansas City
Wed Feb 20 12:00:34 CST 2013

(p)AMERICREDIT
PO BOX 183853
ARLINGTON TX 76096-3853

Kansas City Divisional Office
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101-2448

Alliance Radiology
P.O. Box 809012
Kansas City MO 64180-9012

Bank of America
P.O. Box 851001
Dallas TX 75285-1001

Bank of America
PO Box 982235
El Paso TX 79998-2235

Capital One
26525 N Riverwoods Blvd
Mettawa IL 60045-3438

Capital One
PO Box 49357
San Jose CA 95161-9357

Chase Auto Finance
PO Box 15298
Wilmington DE 19850-5298

Chase Auto Finance
PO Box 78050
Phoenix AZ 85062-8050

Chase Bank
PO Box 15298
Wilmington DE 19850-5298

Chase Bank
PO Box 94014
Palatine IL 60094-4014

Chase Bank-Disney
PO Box 15298
Wilmington DE 19850-5298

Chase Bank-Disney
PO Box 94014
Palatine IL 60094-4014

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany OH  430543025

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Discover Financial Services
P.O. Box 6103
Carol Stream IL 60197-6103

GM Financial
801 Cherry Street
Suite 3500
Fort Worth TX 76102-6854

GM Financial
PO Box 181145
Arlington TX 76096-1145

Health Care Assoc Emergency Ph
10975 Benson Drive, Suite 250
Overland Park KS 66210-2133

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

JCPenney's/GECRB
Attn: Bankruptcy Department
P.O. Box 103104
Roswell GA 30076-9104

JPMorgan Chase Bank, N.A.
201 N. Central Ave AZ1-1191
Phoenix, AZ 85004-0073

JPMorgan Chase Bank, NA
3415 Bision Avenue
Columbus OH 43219-6009

JcPenney's/GEMB
P.O. Box 984100
El Paso TX 79998-4100

Kansas City Gastroenterlogy
c/o RSH & Associates LLC
P.O. Box 14515
Lenexa KS 66285-4515

Kansas Counselors, Inc.
P.O. Box 14765
Shawnee Mission KS 66285-4765

Kansas Department of Revenue
915 SW Harrison Street
Topeka KS 66699-3000

Kenneth C. Jones
Singer Tarpley & Jones PA
10484 Marty
Overland Park KS 66212-2559

Menorah Medical Center
5721 W. 119th Street
Leawood KS 66209-3753

Menorah Medical Center
PO Box 99400
Louisville KY 40269-0400

Menorah Medical Center
Resurgent Capital Services
PO Box 1927
Greenville, SC 29602-1927

Midwest Pathology Associates
10730 Nall Avenue
Leawood KS 66211-1366

Mobilfone
1801 Main Street
Kansas City MO 64108-1970

(p)MARLIN MEDCLR INOVISION
507 PRUDENTIAL ROAD
HORSHAM PA 19044-2308

Optima Recovery Services
6215 Kingston Parkway
Suite A
Knoxville TN 37919-4044

RSH & Associates LLC
P.O. Box 14515
Lenexa KS 66285-4515

Singer Tarpley & Jones PA
PO Box 480856
Kansas City MO 64148-0856

Southern Collection Systems
11518 Fairview Drive
P.O. Box 25006
Little Rock AR 72221-5006

U.S. Trustee
Office of the United States Trustee
301 North Main Suite 1150
Wichita, KS 67202-4811

Wells Fargo Home Mortgage
1000 Blue Gentian Road
Suite 300
Eagans MN 55121-1786

Wells Fargo Home Mortgage
Attn: Bankruptcy Department
MAC X7801-013
3476 Stateview Blvd.
Fort Mill SC 29715-7203

Bradley D McCormack
The Sader Law Firm
2345 Grand Boulevard
Suite 1925
Kansas City, MO 64108-2674

Jamie Michelle McLeod
20013 Falcon Ridge
Spring Hill, KS 66083-8367

Michael Douglas Edward McLeod
20013 Falcon Ridge
Spring Hill, KS 66083-8367

William H Griffin
6330 Lamar, Suite 110
Overland Park, KS 66202-4286

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

AmeriCredit Financial Services, Inc.
PO Box 183853
Arlington, TX 76096

(d)Americredit Financial Services, Inc.
PO Box 183853
Arlington TX 76096

Discover Financial Services
P.O. Box 15316
Wilmington DE 19850

NCO Financial
P.O. Box 13574
Philadelphia PA 19101

End of Label Matrix
Mailable recipients 45
Bypassed recipients 0
Total 45