# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

**IN RE:**

Michael Douglas Edward McLeod
Jamie Michelle McLeod

         Debtors,                     Case No: 12-23443-13

## TRUSTEE'S MOTION TO ALLOW CLAIM 9
## OF SELENE FINANCE, LP

**COMES NOW**, W.H. Griffin, Trustee, and shows the Court the above-named creditor has filed a claim against the estate of the Debtors which changes the previous orders allowing claims.

The Trustee has examined the claim and recommends to the Court it be deemed allowed as follows:

As a ARREARS claim in the amount of $39,422.01 at 0.00% Interest. Percent Allowed: 100.00

As a ADMIN EXP/POST-PET DQ claim in the amount of $2221.28 at 2.00% Interest.

PLEASE NOTE: per claim filed 3/18/15. The Chapter 13 plan also pays $1080.57 per month for the ongoing mortgage payments.

**WHEREFORE**, the Trustee prays the foregoing claim be allowed as set forth above.

Dated: March 19, 2015                 /s/ W.H. Griffin
                                         W.H. Griffin #8060
                                         5115 ROE BLVD
                                         SUITE 200
                                         ROELAND PARK, KS  66205-2393
                                         (913)677-1311
                                         (913)432-7857(Fax)